William D. Hyslop
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 19 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JAMES ERIC MOSNEY,<br><br>Defendant. | **2:19-CR-193-WFN**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 751(a), 4082(a)<br>Escape from Custody |

The Grand Jury charges:

On or about ~~March~~ MAY 26, 2019, in the Eastern District of Washington, the Defendant, DAVID JAMES ERIC MOSNEY, did knowingly and willfully escape from custody in the Spokane Residential Re-entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Washington (Case No. 2:11-CR-02087-EFS-1) for felon in

INDICTMENT – 1

possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), all in violation of 18 U.S.C. §§ 751(a), 4082(a).

DATED this 19 day of November, 2019.

A TRUE BILL

*Foreperson* (signed)

_____
William D. Hyslop
United States Attorney

_____
Russell E. Smoot
Assistant United States Attorney

INDICTMENT – 2